Renée Welze Livingston (SBN 124280)
Jason G. Gong (SBN 181298)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel:  (925) 952-9880
Fax: (925) 952-9881
rlivingston@livingstonlawyers.com
jgong@livingstonlawyers.com

Attorneys for Defendants
KASPER'S HOT DOGS, INC.,
KOOJOOLIAN, INC. and HAROLD
KOOJOOLIAN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JACKSON, ) | Case No. 3:10-cv-03710-EDL |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO EXTEND DEADLINE TO** |
| vs. ) | **CONDUCT JOINT INSPECTION UNDER** |
| ) | **GENERAL ORDER 56** |
| KASPER'S HOT DOGS, INC., ) | |
| KOOJOOLIAN, INC.; HAROLD ) | |
| KOOJOOLIAN; and DOES 1-10, Inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

　　　　Plaintiff ALBERT JACKSON and Defendants KASPER'S HOT DOGS, INC., KOOJOOLIAN, INC. and HAROLD KOOJOOLIAN, by and through their respective counsel, respectfully request and make the following stipulation:

　　　　1.　　Whereas, the Court's August 20, 2010 Scheduling Order presently requires counsel for the parties to hold a joint inspection of premises, with or without meet-and-confer regarding settlement ("joint inspection"), under General Order 56, by November 29, 2010.

　　　　2.　　 Whereas, the parties through their respective counsel agree to extend the time to conduct the joint inspection to accommodate the availability of all counsel and experts.

　　　　3.　　Whereas, the parties believe it would be in the interests of the parties and of this Court to continue the joint inspection deadline to and including December 8, 2010 to allow all parties, their respective counsel and experts to participate meaningfully in the joint inspection.

_____
*Albert Jackson v. Kasper's Hot Dogs, Inc., et al.* – Case No. 3:10-cv-03710-EDL
Stipulation and [Proposed] Order to Extend Deadline to Conduct Joint Inspection
1

1    **IT IS STIPULATED:**

2    That the deadline to conduct the General Order 56 joint inspection currently set for

3    November 29, 2010 in this matter is hereby continued until December 8, 2010.

4                                        Respectfully submitted,

5    Dated:                              LIVINGSTON LAW FIRM

6

7                                        */s/ Jason G. Gong*
                                         By:_____
                                         Renée Welze Livingston
8                                        Jason G. Gong
                                         Attorneys for Defendants
9                                        KASPER'S HOT DOGS, INC.,
                                         KOOJOOLIAN, INC. and HAROLD
10                                       KOOJOOLIAN

11
     Dated:                              LAW OFFICES OF PAUL L. REIN
12

13                                       */s/ Catherine Cabalo*
                                         By: _____
14                                       Catherine Cabalo
                                         Attorneys for Plaintiff
15                                       ALBERT JACKSON

16

17                                       **<u>ORDER</u>**

18    **IT IS HEREBY ORDERED** that the deadline to conduct the joint inspection in this

19   matter under General Order 56 is continued to and including December 8, 2010.

20

21   Dated:  __November 22__, 2010

22

23                                       _____
                                         Elizabeth D. LaPorte
24                                       UNITED STATES MAGISTRATE JUDGE

---

*Albert Jackson v. Kasper's Hot Dogs, Inc., et al.* – Case No. 3:10-cv-03710-EDL
Stipulation and [Proposed] Order to Extend Deadline to Conduct Joint Inspection

2