PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
ALBERT JACKSON

RENEE WELZE LIVINGSTON (SBN 124280)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Telephone: 925/952-9880
Facsimile: 925/952-9881
rlivingston@livingstonlawyers.com

Attorneys for Defendants
KASPER'S HOT DOGS, INC.;
KOOJOOLIAN, INC.; and
HAROLD KOOJOOLIAN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JACKSON, | Case No. C10-3710 EDL |
| Plaintiff, | Civil Rights |
| v. | |
| KASPER'S HOT DOGS, INC.; KOOJOOLIAN, INC.; HAROLD KOOJOOLIAN; AND DOES 1-10, INCLUSIVE, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE** |
| Defendants. | |

## STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

---

STIPULATION AND PROPOSED
ORDER FOR DISMISSSAL OF
CLAIMS WITH PREJUDICE
Case No. C10-3710 EDL
S:\CASES\K\KASPER'S\PLEADINGS\2012 03 27 Stipulated Dismissal (FINAL).DOC

plaintiff ALBERT JACKSON ("Plaintiff") and defendants KASPER'S HOT DOGS, INC.; KOOJOOLIAN, INC.; and HAROLD KOOJOOLIAN (together referred to as "Defendants"), by and through their respective attorneys of record, stipulate that:

1. Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against all Defendants;

2. The Court will retain jurisdiction to enforce the Consent Decree previously entered as an Order by the Court (see Docket No. 19); and

3. All parties shall bear his or its own costs and fees in the action.

**IT IS SO STIPULATED.**

Dated: March 27, 2012                              LAW OFFICES OF PAUL L. REIN

                                                   _____/s/ Catherine Cabalo
                                                   By: Catherine M. Cabalo, Esq.
                                                   Attorneys for Plaintiff
                                                   ALBERT JACKSON


Dated: March 26, 2012                              LIVINGSTON LAW FIRM, P.C.

                                                   _____/s/ Renee Welze Livingston
                                                   By: Renee Welze Livingston, Esq.
                                                   Attorneys for Defendants
                                                   KASPER'S HOT DOGS, INC.;
                                                   KOOJOOLIAN, INC.; and HAROLD
                                                   KOOJOOLIAN

# ORDER

Having reviewed the above Stipulation for Dismissal of Claims with Prejudice submitted by plaintiff ALBERT JACKSON on the one hand ("Plaintiff"), and defendants KASPER'S HOT DOGS, INC.; KOOJOOLIAN, INC.; and HAROLD KOOJOOLIAN (said defendants together referred to as "Defendants") on the other hand,

IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against Defendants;

2. The Court will retain jurisdiction to enforce the Consent Decree previously entered as an Order by the Court.

3. Each party shall bear his or its own costs and fees in the action.

Dated: __March 29__, 2012        _____
                                 Honorable ELIZABETH D. LAPORTE
                                 United States Magistrate Judge

STIPULATION AND PROPOSED
ORDER FOR DISMISSSAL OF
CLAIMS WITH PREJUDICE
Case No. C10-3710 EDL
S:\CASES\K\KASPER'S\PLEADINGS\2012 03 27 Stipulated Dismissal (FINAL).DOC

# FILER'S ATTESTATION

Pursuant to General Order 45, section X(B), I hereby attest that on March 26, 2012, I, Catherine Cabalo, received the concurrence of Renee Welze Livingston in the filing of this document.

                                               /s/ Catherine Cabalo
                                               Catherine Cabalo