1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  510/832-5001
   Facsimile:  510/832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   ALBERT JACKSON
7

8  RENEE WELZE LIVINGSTON (SBN 124280)
   LIVINGSTON LAW FIRM
9  A Professional Corporation
   1600 South Main Street, Suite 280
10 Walnut Creek, CA 94596
   Telephone:  925/952-9880
11 Facsimile:  925/952-9881
   rlivingston@livingstonlawyers.com
12
   Attorneys for Defendants
13 KASPER'S HOT DOGS, INC.;
   KOOJOOLIAN, INC.; and
14 HAROLD KOOJOOLIAN

15              IN THE UNITED STATES DISTRICT COURT

16         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 ALBERT JACKSON,                    Case No. C10-3710 EDL

19          Plaintiff,               Civil Rights

20 v.
                                     STIPULATION AND ~~PROPOSED~~
21 KASPER'S HOT DOGS, INC.;          ORDER FOR DISMISSAL OF
   KOOJOOLIAN, INC.; HAROLD          CLAIMS WITH PREJUDICE
22 KOOJOOLIAN; AND DOES 1-10,
   INCLUSIVE,
23
          Defendants.
24 _____/

25                        **STIPULATION**

26     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

27

28

plaintiff ALBERT JACKSON ("Plaintiff") and defendants KASPER'S HOT DOGS, INC.; KOOJOOLIAN, INC.; and HAROLD KOOJOOLIAN (together referred to as "Defendants"), by and through their respective attorneys of record, stipulate that:

1.     Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against all Defendants;

2.     The Court will retain jurisdiction to enforce the Consent Decree previously entered as an Order by the Court (see Docket No. 19); and

3.     All parties shall bear his or its own costs and fees in the action.

**IT IS SO STIPULATED.**

Dated: March 27, 2012                    LAW OFFICES OF PAUL L. REIN

                                                      _____/s/ Catherine Cabalo_____
                                                      By:  Catherine M. Cabalo, Esq.
                                                      Attorneys for Plaintiff
                                                      ALBERT JACKSON

Dated: March 26, 2012                    LIVINGSTON LAW FIRM, P.C.

                                                      _____/s/ Renee Welze Livingston_____
                                                      By:  Renee Welze Livingston, Esq.
                                                      Attorneys for Defendants
                                                      KASPER'S HOT DOGS, INC.;
                                                      KOOJOOLIAN, INC.; and HAROLD
                                                      KOOJOOLIAN

- 2 -

1

### <u>ORDER</u>

2     Having reviewed the above Stipulation for Dismissal of Claims with

3    Prejudice submitted by plaintiff ALBERT JACKSON on the one hand ("Plaintiff"),

4    and defendants KASPER'S HOT DOGS, INC.; KOOJOOLIAN, INC.; and

5    HAROLD KOOJOOLIAN (said defendants together referred to as "Defendants") on

6    the other hand,

7         IT IS HEREBY ORDERED that:

8         1.     Plaintiff's Complaint in the above-entitled action shall be dismissed

9    with prejudice as against Defendants;

10        2.     The Court will retain jurisdiction to enforce the Consent Decree

11   previously entered as an Order by the Court.

12        3.     Each party shall bear his or its own costs and fees in the action.

13

14   Dated: ___March 29___, 2012

15                                   _____
                                     Honorable ELIZABETH D. LAPORTE
                                     United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27                                  - 3 -

28   STIPULATION AND PROPOSED
     ORDER FOR DISMISSSAL OF
     CLAIMS WITH PREJUDICE
     Case No. C10-3710 EDL
     S:\CASES\K\KASPER'S\PLEADINGS\2012 03 27 Stipulated Dismissal (FINAL).DOC

1

## **FILER'S ATTESTATION**

2      Pursuant to General Order 45, section X(B), I hereby attest that on March

3  26, 2012, I, Catherine Cabalo, received the concurrence of Renee Welze

4  Livingston in the filing of this document.

5

6                                   _____/s/ Catherine Cabalo_____
                                          Catherine Cabalo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                    - 4 -

28  STIPULATION AND PROPOSED
    ORDER FOR DISMISSSAL OF
    CLAIMS WITH PREJUDICE
    Case No. C10-3710 EDL
    S:\CASES\K\KASPER'S\PLEADINGS\2012 03 27 Stipulated Dismissal (FINAL).DOC